

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          CR. NO. S-05-295 EJG

GARY HALL,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          CR. NO. S-06-330 WBS

GARY HALL,                               RELATED CASE ORDER

        Defendant.
_____/

        Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123 E.D. Cal. (1997).  The actions involved the series of transactions, involve the same defendant, and arise from the same facts, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment

of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-06-330, and the same hereby IS reassigned to Judge EDWARD J. GARCIA for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-06-330 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: August 18, 2006

EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT