UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM
*& Order*

FILED

JUN 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Gary Eugene HALL**
Docket Number: 2:06CR00330-01
<u>RESPONSE TO OFFENDER'S
REQUEST FOR EARLY TERMINATION
OF SUPERVISED RELEASE</u>

Your Honor:

On June 21, 2012, the offender filed an Ex Parte Petition with the Court requesting early termination of supervised release. Mr. Hall presented mitigating factors, including the following: since commencement of his 3-year term of supervised release on December 16, 2010, he has obtained a culinary certificate; he secured employment as a grill cook; he voluntarily left his sister's home in Los Angeles and moved to a homeless shelter in Long Beach, to avoid being in violation of the terms and conditions of his supervised release; he did volunteer work at a food bank (over 400 hours) in Bakersfield, while at a Residential Reentry Center (RRC); and, he secured part-time employment while residing at the RRC facility in San Francisco, where he still resides. Mr. Hall noted since he began his term of supervised release, he has committed no new crimes, nor tested positive for drugs or alcohol. Mr. Hall's mother suffers from Alzheimer's and currently lives in a care facility in Houston, Texas, and he wishes to visit her on a semi-regular basis, funded mostly by his sister and brother-in-law. Finally, Mr. Hall reported he is finding it difficult to secure housing due to his supervised release status. The Court instructed the probation officer to review the Petition and provide a recommendation.

On November 3, 2006, the offender was sentenced to 76 months custody of the Bureau of Prisons, with a 3-year term of supervised release, for violation of 18 USC 2113 - Bank Robbery. The offense involved the offender entering a bank in Vacaville and presenting the victim teller a note, which read, "ROBBERY, NO TRICKS, GUN." Mr. Hall then said, "I want $100s, $50s, and 20s." At the time of the offense, the offender was on a 3-year

1

Rev. 11/2009
MEMO ~ COURT.MRG

RE: Gary Eugene HALL
Docket Number: 2:06CR00330-01

term of supervised release out of the Northern District of California, for Bank Robbery. The presentence report for the instant offense (pages 4-5, paragraphs 10-11) notes during two separate bank robberies, the offender lifted his shirt and exposed the handle of a gun in his waistband. Further, in 1992, in a separate matter, Mr. Hall was convicted of five counts of Bank Robbery.

The offender's adjustment under supervision is commendable. However, it is the policy of the Eastern District of California Probation Office not to consider early termination of supervision until an offender has served two-thirds of his/her term of supervised release. Additionally, the conditions of Mr. Hall's supervised release are not so restrictive that he cannot be considered for relocation to Texas, or at the least, to visit his mother. Finally, Mr. Hall does not have a stable residence, and considering the serious nature of the instant offense and the egregiousness of Mr. Hall's criminal history, it is believed protection of the public, as contained in 18 USC 3553(a), supersedes any other factors presented by the offender.

Based on the above, it is respectfully recommended the Court deny the offender's request to terminate his term of supervised release prior to the expiration date of December 15, 2013.

Respectfully submitted,

CASEY HORNER, SR.
Senior United States Probation Officer

Dated:   June 28, 2012
         Modesto, California
         CKH:lr

REVIEWED BY: George A. Vidales for
JACK C. ROBERSON
Supervising United States Probation Officer

2

Rev. 11/2009
MEMO ~ COURT MRG

RE: **Gary Eugene HALL**
**Docket Number: 2:06CR00330-01**

cc: Jason S. Hitt
Assistant United States Attorney

Gilbert A. Roque
Defense Counsel

AGREE: ✓             DISAGREE: _____

_____        6/28/12
**Honorable Edward J. Garcia**         DATE
Senior United States District Judge

Rev. 11/2009
MEMO ~ COURT.MRG